# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD., SPECTRUM OPPORTUNITIES MASTER FUND, LTD., MAGNETAR CAPITAL MASTER FUND, LTD., and BLACKWELL PARTNERS LLC,<br><br>Petitioners,<br><br>and<br><br>CEDE & CO.,<br><br>Nominal Petitioner,<br><br>v.<br><br>CEC ENTERTAINMENT, INC.,<br><br>Respondent. | Civil Action No. _____ |

## PETITION FOR APPRAISAL

Magnetar Global Event Driven Master Fund Ltd., Spectrum Opportunities Master Fund Ltd., Magnetar Capital Master Fund, Ltd., and Blackwell Partners LLC, as the beneficial owners of shares held as of record by Cede & Co., for its petition for appraisal pursuant to K.S.A. 17-6712, make the following allegations on behalf of nominal petitioner Cede & Co. as follows:

1. On February 14, 2014 CEC Entertainment, Inc. ("CEC"), was merged with Q Merger Sub, Inc., a Kansas corporation and wholly owned subsidiary of Queso Holdings, Inc. ("Queso"), a Delaware corporation (the "Merger"). Apollo Global Management, LLC acquired control over CEC through its control of Queso. Pursuant to the Merger terms, other than shares as to which, among other things, appraisal had been demanded, each share of CEC common stock (the "Common Stock") was automatically cancelled and converted into a right to receive a cash payment of $54.00 per share.

{A&B-00294458-18}   1

2. Petitioner Magnetar Global Event Driven Master Fund Ltd. is a Cayman Islands Limited Company whose principal place of business is the Cayman Islands.

3. Petitioner Spectrum Opportunities Master Fund Ltd. is a Cayman Islands Limited Company whose principal place of business is the Cayman Islands.

4. Petitioner Magnetar Capital Master Fund, Ltd. is a Cayman Islands Limited Company whose principal place of business is the Cayman Islands.

5. Petitioner Blackwell Partners LLC is a Georgia Limited Liability Company whose members are North Carolina non-profit corporations; a charitable trust whose trustees are citizens of North Carolina, New York, South Carolina, Virginia and Washington, D.C.; and a Georgia Limited Liability Company whose sole member is a pension plan whose trustee is a Delaware corporation whose principal place of business is New York.

6. Nominal Petitioner Cede & Co. is a New York limited partnership whose partners are citizens of Florida, New York and New Jersey.

7. Upon information and belief, CEC is a Kansas corporation whose principal place of business is in Texas.

8. At all times relevant hereto, nominal petitioner Cede & Co. has been the record owner of at least 750,000 shares of Common Stock.

9. At all times relevant hereto, petitioner Magnetar Global Event Driven Master Fund Ltd. has been the beneficial owner of at least 295,500 shares of Common Stock.

10. At all times relevant hereto, petitioner Spectrum Opportunities Master Fund Ltd. has been the beneficial owner of at least 185,769 shares of Common Stock.

11. At all times relevant hereto, petitioner Magnetar Capital Master Fund, Ltd. has been the beneficial owner of at least 205,269 shares of Common Stock.

12. At all times relevant hereto, petitioner Blackwell Partners LLC has been the beneficial owner of at least 63,462 shares of Common Stock.

13. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs, and there is complete diversity of citizenship among the parties to this action.

14. Venue is proper pursuant to 28 U.S.C. § 1391 because CEC's registered agent is located in this district and CEC resides in Kansas.

15. Cede & Co. is the record owner of 750,000 shares of Common Stock ("Petitioner's Shares") beneficially owned by Magnetar Capital Master Fund, Ltd., Magnetar Global Event Driven Master Fund Ltd, Spectrum Opportunities Master Fund Ltd., and Blackwell Partners LLC.

16. Demands for appraisal were properly made by Cede & Co. as to the Petitioner's Shares. Cede & Co. demanded appraisal for Petitioner's Shares pursuant to letters dated February 18, 2014 (the "Appraisal Demands") (copies of the Appraisal Demands are attached hereto as Exhibits A-H).

17. The Appraisal Demands complied in all material respects with K.S.A. 17-6712.

18. Cede & Co. did not tender any of the Petitioner's Shares.

19. Cede & Co. has not accepted any consideration from CEC in connection with the Merger for any of the Petitioner's Shares and Cede & Co. has not withdrawn its demand for appraisal with respect to Petitioner's Shares.

20. This petition is being filed within 120 days after the effective date of the Merger.

21. Cede & Co, acting on behalf of the specified beneficial owners of the Petitioners Shares, is entitled to the valuation of and payment for Petitioner's Shares under K.S.A. 17-6712. The determination of fair value will also govern all other shares of Common Stock for which appraisal was properly sought.

22. Cede & Co. and the beneficial holders of the Petitioner's Shares respectfully designate Kansas City, Kansas as the place of trial.

WHEREFORE, Petitioner respectfully requests that this Court:

a. Determine and direct payment by CEC of the fair value at the time of the Merger of Petitioner's Shares, together with appropriate statutory interest from the effective date of the Merger, to the stockholders of CEC entitled thereto;

b. Tax all costs of this proceeding upon CEC and order that all other expenses incurred by Cede & Co. and the specified beneficial owners of the Petitioner's Shares in connection with this appraisal proceeding, including, without limitation, reasonable attorneys' fees and the fees and expenses of experts, be charged *pro rata* against the value of all the shares of Common Stock entitled to an appraisal; and

c. Grant such other and further relief as the Court may deem just, proper and equitable.

Dated: June 10, 2014

Respectfully submitted,

ROUSE HENDRICKS GERMAN MAY PC

By: /s/ Daniel B. Hodes
Charles W. German (KS #22305)
Daniel B. Hodes (KS #24783)
1201 Walnut Street, 20th Floor
Kansas City, MO 64106
Phone: (816) 471-7700
Fax: (816) 471-2221
Email: danh@rhgm.com

ABRAMS & BAYLISS LLP
*Pro Hac Vice Pending*
Kevin G. Abrams (DE #2375)
Derrick B. Farrell (DE #5747)
David A. Seal (DE #5592)
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Phone: (302) 778-1000
Fax: (302) 290-2930
Email: abrams@abramsbayliss.com

*Attorneys for Petitioners Magnetar Global Event Driven Master Fund Ltd., Spectrum Opportunities Master Fund Ltd., Magnetar Capital Master Fund, Ltd., and Blackwell Partners LLC*

GEIGER PRELL

By: /s/ Matthew Geiger
Matthew Geiger (KS # 19205)
10000 College Boulevard
Suite 100
Overland Park, KS 66210
Phone: (913) 777-7681
Fax: (913) 362-6729
Email: mgeiger@geigerprell.com

EISEMAN LEVINE LEHRHAUPT & KAKOYIANNIS, P.C.
*Pro Hac Vice Pending*
Eric Heichel
805 Third Avenue
New York, NY 10022
Phone: (212) 752-1939
Fax: (212) 355-4608
Email: eheichel@eisemanlevine.com

*Attorneys for Nominal Petitioner Cede & Co.*