IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Magnetar Global Event Driven            )
Master Fund Ltd. et al                  )
                              Plaintiff,            )
                                          )          CIVIL ACTION
v.                                      )
                                          )          No. 14-2279-KHV
                                          )
CEC Entertainment, Inc.,                )
                                          )
                              Defendant.             )
_____ )

## ORDER

On January 25, 2016, Dan Hodes informed the Court by email to Judge Kathryn H. Vratil that the parties in the above captioned case have reached a settlement agreement which contemplates a full of dismissal of all claims in this case. Mr. Hodes informed the Court that the parties anticipate filing a joint stipulation of dismissal within the week of February 1, 2016.

IT IS THEREFORE ORDERED that if the parties have not filed a stipulation of dismissal on or before February 4, 2016, the parties shall be prepared to proceed with trial scheduled for February 22, 2016.

                                                *s/ Kathryn H. Vratil*
                                                Kathryn H. Vratil
                                                United States District Judge