# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MAGNETAR GLOBAL EVENT DRIVEN ) <br> MASTER FUND LTD, SPECTRUM ) <br> OPPORTUNITIES MASTER FUND LTD, ) <br> MAGNETAR CAPITAL MASTER FUND, ) <br> LTD, and BLACKWELL PARTNERS LLC, ) <br> ) <br> Petitioners, ) <br> and ) <br> ) <br> CEDE & CO., ) <br> ) <br> Nominal Petitioner, ) <br> ) <br> v. ) <br> ) <br> CEC ENTERTAINMENT, INC., ) <br> ) <br> Respondent. ) <br> _____) | CIVIL ACTION <br><br> No. 14-2279-KHV |

## ORDER

**IT IS HEREBY ORDERED** that pursuant to the Stipulation Of Dismissal With Prejudice Pursuant To Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. # 104), the above-captioned action is hereby **DISMISSED WITH PREJUDICE**.[1]

Dated this 4th day of February, 2016 at Kansas City, Kansas.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge

---

[1] Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., allows a plaintiff to dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The parties' joint stipulation satisfies Rule 41(a)(1)(A)(ii).